■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HERNANDEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered July 28, 1986, convicting him of burglary in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant has been deported to Colombia. Accordingly, his appeal is dismissed (see, People v Ragsdale, 144 AD2d 708; People v Ospina, 143 AD2d 952). Thompson, J. P., Lawrence, Harwood and Balletta, JJ., concur.